777 S.E.2d 831

**MAGNOLIA NORTH PROPERTY OWNERS' ASSOCIATION, INC., Respondent,**

**v.**

**HERITAGE COMMUNITIES, INC., Heritage Magnolia North, Inc., and Buildstar Corporation, Petitioners.**

Appellate Case No. 2012–212048.

No. 27577.

Supreme Court of South Carolina.

Heard Feb. 19, 2015.

Decided Sept. 30, 2015.

C. Mitchell Brown, William C. Wood, Jr., and Brian P. Crotty, all of Nelson Mullins Riley & Scarborough, LLP, of Columbia; and William L. Howard, Stephen L. Brown, and Jeffrey J. Wiseman, all of Young Clement Rivers, LLP, of Charleston, for petitioners.

John P. Henry and Philip C. Thompson, both of Thompson & Henry, PA, of Conway, for respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *Magnolia North Property Owners' Ass'n v. Heritage Communities, Inc.,* 397 S.C. 348, 725 S.E.2d 112 (Ct.App.2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**